# United States District Court
# Central District of California

| | |
|---|---|
| FLORENICO PACLEB,<br><br>           Plaintiff,<br><br>    v.<br><br>EXCLUSIVE GETAWAY VACATIONS;<br>THE CORAL RESORTS; DOES 1–10,<br>inclusive,<br><br>           Defendants. | Case No. 2:14-cv-01159-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**LACK OF PROSECUTION** |

On March 10, 2014, Plaintiff Florenico Pacleb served Defendant The Coral Resorts. (ECF No. 14.) The Coral Resorts's answer was thus due on March 24, 2014—21 days after the service date. Fed. R. Civ. P. 12(a)(1)(A)(i). But The Coral Resorts has not answered or otherwise responded.

The Court therefore **ORDERS** Pacleb to **SHOW CAUSE** in writing by **Tuesday, April 1, 2014**, why he has not moved for entry of default with the Clerk of Court. No hearing will be held. The Court will discharge this Order upon the filing of

/ / /

an application for default filed with the Clerk.  Failure to timely respond will result in dismissal or lack of prosecution.

**IT IS SO ORDERED.**

March 25, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2