# United States District Court
# Central District of California

| | |
|---|---|
| FLORENCIO PACLEB, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EXCLUSIVE GETAWAY VACATIONS; THE CORAL RESORTS,<br><br>        Defendants. | Case No. 2:14-cv-01159-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On April 10, 2014, Plaintiff notified the Court that the parties have reached a settlement in this action. (ECF No. 21.)  They request 60 days to finalize settlement. The Court therefore **ORDERS** the parties to **SHOW CAUSE** in writing by **Monday, June 9, 2014**, why they have not finalized settlement.  No hearing will be held.  The Court will discharge this Order upon the filing of a stipulate dismissal.  Failure to timely respond will result in dismissal for lack of prosecution.

    **IT IS SO ORDERED.**

    April 10, 2014

                                               _____
                                                **OTIS D. WRIGHT, II**
                                         **UNITED STATES DISTRICT JUDGE**